FILED

11/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0098

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0098

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

LIVORIO LOERA,

Defendant and Appellant.

_____

**GRANT OF EXTENSION**

_____

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, the State is granted an extension of time to and including December 31, 2024, within which to prepare, file, and serve the Appellee's response brief.

SK

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 21 2024